UNITED STATES DISTRICT COURT
District of Massachusetts

| | | |
|---|---|---|
| CHRISTOPHER ZINGLE, | ) | JUDGMENT |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 10-30166-KPN |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| Social Security Administration, | ) | |
| Defendant | ) | |

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

In accord with the court's Memorandum and Order entered on September 16, 2011, judgment is hereby entered for Defendant, Michael J. Astrue.

September 19, 2011          Sarah A. Thornton
Date                                    Clerk

                                         By:   /s/ Bethaney A. Healy
                                                 Deputy Clerk